COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard a/k/a Jon Clinkenbeard

Appellate case number:   01-19-00059-CV

Trial court case number:   1107951

Trial court:    County Civil Court at Law No. 3 of Harris County

Appellant, Rich Robins, has filed a second motion to extend time to March 16, 2021, to file a motion for en banc reconsideration. Appellees, Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard a/k/a Jon Clinkenbeard, filed a response in opposition to appellant's motion. Appellant's motion is **granted in part**. Appellant is **ordered** to file a motion for en banc reconsideration, if any, no later than **seven days from the date of this order.**

**No further extensions will be granted.**

It is so ORDERED.

Judge's signature:   /s/  Sherry Radack
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 18, 2021